UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEBA HOUSKIN, individually and as Special Administrator of the Estate of EMMANUEL DEON REEVES, deceased,<br><br>                Plaintiff,<br><br>         v.<br><br>SINAI HEALTH SYSTEM d/b/a MT. SINAI HOSPITAL and KALPANA SINGH, M.D.,<br><br>                Defendants. | No. 16 C 7439<br><br>Formerly Case No. 2015 L 010348<br>Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:    Dorothy Brown                                  Jack Beam
         Clerk of the Circuit Court                 Beam and Raymond
         Richard J. Daley Center, Room 1001    954 W. Washington Blvd., Suite 215
         50 West Washington Street            Chicago, Illinois 60607
         Chicago, Illinois 60602

         Hall Prangle Schoonveld LLC
         200 South Wacker Dr. Suite 3300
         Chicago, Illinois 60606

      The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

      1.     On November 12, 2015, plaintiff Sheba Houskin, both individually and as the Special Administrator of the Estate of Emmanuel Deon Reeves, commenced the above civil action against Sinai Health System and Kalpana Singh, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Access

Community Health Network is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233.  Exhibit B.  In addition, Kalpana Singh, M.D., was acting within the scope of her employment at the Access Community Health Network with respect to the incidents referred to in the complaint.  *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Access Community Health Network was a private entity receiving grant money from the Public Health Service and that defendant Kalpana Singh, M.D., was acting within the scope of her employment at the Access Community Health Network with respect to the incidents referred to in the complaint.  Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233.  Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233, this civil action is deemed an action against the United States, and the United States is substituted as the federal party defendant in place of defendant Kalpana Singh, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Kalpana Singh, M.D.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Jaret R. Fishman
    JARET R. FISHMAN
    Special Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9082
    jaret.fishman@usdoj.gov